JOHN M. C. LAWRENCE, Appellant, *v.* CHARLES E. LITTLE-FIELD, as Administrator with the Will Annexed of the Estate of MARY G. PINKNEY, Deceased, et al., Defendants, and LOUIS H. MORRIS et al., Respondents.

(Submitted October 25, 1915; decided October 29, 1915.)

MOTION to amend remittitur so that it shall make provision for leave to defendants, respondents, Keith W. Morris and Hilda C. E. Morris, to withdraw their demurrer to the plaintiff's amended complaint herein and interpose an answer to said amended complaint and for such other and further relief as to the court may seem just. (See 215 N. Y. 561.)

Motion denied on the ground that the relief asked is unnecessary, this court having affirmed the interlocutory judgment rendered at Special Term whereby leave was granted to the defendants to withdraw their demurrer and answer. (See *Cassidy* v. *Sauer*, 188 N. Y. 547.)